UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SCOTT, JEREMY CERDA, OSMAN AK, MERUDH PATEL, GREGORY HARDY, and LARRY WILLIAMS,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-*against*-<br><br>FORMER WARDEN HERMAN E. QUAY, FACILITIES MANAGER JOHN MAFFEO, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | No. 19 Civ. 1075<br><br>**DECLARATION OF SERVICE** |

I, Katherine Rosenfeld, an attorney duly admitted to practice in the Eastern District of New York, declare under penalty of perjury:

1. I represent the Plaintiffs in the above-captioned matter.

2. Pursuant to Federal Rule of Civil Procedure 4(e)(2)(C), Defendant The United States of America c/o Richard P. Donoghue, United States Attorney for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn NY 11201 was served a copy of the Summons in a Civil Action, Dkt. No. 33, and Amended Class Action Complaint and Jury Demand, Dkt. No. 29, on November 22, 2019.  See Exhibit A (Affidavit of Service).

3. Defendant The United States Of America c/o Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, was served with a copy of the Summons in a Civil Action, Dkt. No. 33, and Amended Class Action Complaint and Jury Demand, Dkt. No. 29, by Certified Mail, Return Receipt Requested on November 21, 2019.  See Exhibit B (Certified Mail and Return Receipt).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 4, 2019
              New York, New York

                                                       /s/ Katherine Rosenfeld
                                                         Katherine Rosenfeld