# Exhibit A

EMERY CELLI BRINCKERHOFF & ABADY LLP
Suitable Age Service

# UNITED STATES EASTERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE


*2389748*

Index no :1 19 CV 01075 MKB SMG
Date of Purchase: 11/18/2019

| Plaintiff: | DAVID SCOTT ET AL ETC |
| Defendant: | FORMER WARDEN HERMAN E QUAY ETC ET ANO |

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:

**DENISE LEWIS**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **11/22/2019** at **12:05 PM**, I served the within **SUMMONS IN A CIVIL ACTION AND AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND** on **THE UNITED STATES OF AMERICA** at **271 CADMAN PLAZA EAST, C/O RICHARD P DONOGHUE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF NY, Brooklyn, NY11201** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **ROSA MARTINEZ**, a person of suitable age and discretion.

A description of the **DEFENDANT**, or other person served on behalf of the **DEFENDANT** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | BROWN | BROWN | 67 | 5"4" | 210 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
11/26/2019

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667812
Qualified in BRONX
Commission Expires 12/31/2022

X _____
DENISE LEWIS
License#: 2006009
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508  Clerk: ASHWINEE

