

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2020

**BY FEDEX & E-MAIL**

Scout Katovich, Esq.
Katie R. Rosenfeld, Esq.
O. Andrew F. Wilson, Esq.
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave at Rockefeller Plaza, 10th Floor
New York, New York 10020

Alexander A. Reinert, Esq.
Betsy R. Ginsberg, Esq.
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, New York 10003

   Re: *David Scott, et al. v. Warden Herman E. Quay*, *et al*.
      Civil Docket No. 19-CV-1075 (Brodie, J.)(Gold, M.J.)

Counsel:

  This Office represents Defendants former Warden Herman Quay, John Maffeo and the United States of America in the above-referenced action. Enclosed, in accordance with the Court-ordered briefing schedule, please find Defendants' Notice of Motion, supporting declarations and Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

    By:    /s/
          Seth D. Eichenholtz
          Sean P. Greene
          Shana C. Priore
          Assistant U.S. Attorneys
          (718) 254-7036/6484/6008
          seth.eichenholtz@usdoj.gov
          sean.greene@usdoj.gov
          shana.priore@usdoj.gov