# Exhibit B

1

```
THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------
DAVID SCOTT, JEREMY CERDA, OSMAN      No. 19 Civ. 1075
AK, MERUDH PATEL, GREGORY HARDY,        (Korman, J.)
and LARRY WILLIAMS,                     (Kuo, M.J.)

                  Plaintiff,         VIDEOCONFERENCE
                                     DEPOSITION OF:
                                     ANDRE MATEVOUSIAN
        vs.
FORMER WARDEN HERMAN QUAY,
FACILITIES MANGER JOHN MAFFEO,
and THE UNITED STATES OF AMERICA,
                  Defendants.
-----------------------------------------
```

TRANSCRIPT of the testimony of ANDRE MATEVOUSIAN in the above-entitled matter, as taken by and before CELESTE A. GALBO, a Certified Court Reporter and Notary Public of the State of New Jersey, held via Zoom remote videoconferencing software, on August 6, 2021, commencing at 10:02 a.m.

HUDSON COURT REPORTING & VIDEO   (212) 273-9911

1  that list to Dr. Ballom, the issues that pertained to
2  medical or mental health concerns, and she followed
3  up on all of those issues and I reported back the
4  findings to Ms. von Dornum.
5         Q.    I see.  Did Dr. Ballom as part of your
6  review team conducted any quantitative analysis about
7  how many appointments were -- occurred during the
8  blackout?
9               Let me ask it in a simpler way.  Did
10  the after action review team, did you ever determine
11  how many people received medical care during the
12  blackout?
13         A.    I believe there is -- I believe there
14  is a reference to sick call requests between February
15  8th and 12th where she noted there were 219
16  individuals that requested appointments.
17         Q.    Right.  And so do you have the -- did
18  the After Action Report team get access to the
19  similar number of sick call requests between January
20  27 and February 3rd?
21         A.    I don't recall what her findings were.
22  That's something that you can -- that she'd be better
23  suited to answer.
24         Q.    Okay.  Do you know if Dr. Ballom or any
25  members of the after action review team were able to

Case 1:19-cv-01075-ERK-PK   Document 144-2   Filed 09/15/21   Page 4 of 4 PageID #: 1480

142

1  review any copies of the sick call requests that were
2  made during the blackout week?
3      A.    I believe Dr. Ballom did review sick
4  call requests.  I believe they were primarily -- I
5  believe all of them were handwritten or some of them
6  were handwritten, some were not available but she did
7  mention that during that time frame that she did
8  review some of the sick call slips.
9      Q.    And those were ones that had been
10 handwritten by people and she was able to see those?
11     A.    I believe at the time of the loss of
12 electricity, the computer terminals in which the
13 inmates utilized to sign up for sick calls were
14 affected by the power outage.  So the staff at
15 Brooklyn instructed the inmates that they would have
16 to write their sick call requests on a sheet of paper
17 and turn them in on a daily basis.
18     Q.    Okay.  And it's your understanding that
19 Dr. Ballom had an opportunity to review some of those
20 sick call requests?
21     A.    That's my recollection but as I
22 mentioned earlier, it's probably a better question
23 for her to answer.
24     Q.    Okay.  With respect to this piece of
25 Dr. Ballom's section of the report on page 25 that

| New York | Hudson Court Reporting & Video | New Jersey |
| --- | --- | --- |
| 212-273-9911 | 1-800-310-1769 | 732-906-2078 |