UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DOBEY ET AL,

v.-

UNITED STATES OF AMERICA,                                                CV-21-4178

---

ALICEA,

v.-                                                                      CV-19-2135

QUAY ET AL,

---

SAEED,

v.

QUAY,                                                                    CV-19-2134

---

KORMAN, Sr. J.


IT IS ORDERED that case number(s) (ABOVE) be consolidated into lead case number CV-19-1075 as related actions.

IT IS ORDERED that case number(s) (ABOVE) be administratively closed and all further entries be made on the lead case, docket number CV-19-1075.

IT IS ORDERED that subsequent cases filed as related to CV-19-1075 be administratively closed and all further entries be made on the lead case without further order of this court.

IT IS ORDERED that joint discovery is respectfully referred to Magistrate Judge Peggy Kuo.


*Edward R. Korman*
EDWARD R. KORMAN, U.S.D.J.


DATED:     December 15, 2021
           Brooklyn, N.Y.