UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SCOTT ET AL,

v.-

UNITED STATES OF AMERICA,            CV-19-1075

---

KORMAN, Sr. J.

IT IS ORDERED that case number(s) CV-21-5446 be consolidated into lead case number CV-19-1075 as related actions.

IT IS ORDERED that case number(s) CV-21-5446 be administratively closed and all further entries be made on the lead case, docket number CV-19-1075.

IT IS ORDERED that subsequent cases filed as related to CV-19-1075 be administratively closed and all further entries be made on the lead case without further order of this court.

IT IS ORDERED that joint discovery is respectfully referred to Magistrate Judge Peggy Kuo.

*Edward R. Korman*
EDWARD R. KORMAN, U.S.D.J.

DATED:     November 10, 2022
               Brooklyn, N.Y.