RE: MDC BROOKLYN
MDC BLACKOUT

Your Honorable Judge Korman                 2-24-25
a others now presiding:

My name is Ronald Hoenig BOP# 27146-177
TDCJ# 00613106. I am a Class B member in
the MDC Blackout Class Action Lawsuit before Your
Court. "Supposedly" Settled Aug. 2023.
   This is my 2nd letter to you. I've had NO RESPONSE
to multiple letters to Rust Consulting (US Settlement Admin).
   The parties; the United States and the Class agreed;
settled; perfected the Release paperwork ect. in 2023!
Settlement was Reached AUG 2023. Deadline has LONG
passed for joining Class. Counsel has responded with Rhetoric and NOTHING!
   And still - No movement! The parties SETTLED!
My "attys" claim that its up to AG to sign off. —
ITS BEEN A YEAR & 1/2 ! SIR!
   I have repeatedly asked counsel WHY
I'm waiting, WHATS BEING DONE to COMPEL the
AG to sign? And if the AG does not sign;
I want to proceed forthwith to a
trial by Jury — or even one by Your Honor.

(1)

I cant see WHY the attys just sitting; NOT filing anything to PRESS FORWARD to a resolution; in this FIFTH YEAR of a settled lawsuit! I understand that the Attys MAY have recieved $ for fees on this case! Is this true? Time is $ to them. For me - its heartache and homelessness!

→ I seek Sue Sponte representation by the court to move this matter SWIFTLY to closure! AG & Counsel have stalled long enough!

Your opinion in the Class verification was clear in that you believed my "Attys" to be qualified to proceed to a Conclusion in this matter. —

They have NOT..!! The United States Atty's settled the lawsuit; why has it not been concluded for over 18 months ??
WHY IS COUNSEL JUST SITTING AND WAITING???
I've asked Counsel for a docket sheet in this case. Can the clerk send me one if Counsel refuses? Thank you for your help!

I anxiously await a response from you or the Court Clerk.
Respectfully yours,
Randall Hoay

Ronald Hoenig
#1316106 Connally Unit
899 FM 632
Kenedy TX. 78119

LEGAL MAIL!

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
25 FEB 2025 PM 3 L

ATTN: Judge Edward R. Korman
U.S. DIST. COURT FOR THE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA E
BROOKLYN NY 11201



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 03 2025 ★
BROOKLYN OFFICE

11201-183299

LEGAL MAIL !!!

Sealed & Mailed
2-24-25

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
JUSTICE — INSTITUTIONAL
INSTITUTIONS DIVISION

Please send Docket Sheet!